IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DONALD R. VIA                                                               PLAINTIFF

V.                              NO. 4:07CV00066 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 14th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE